■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELDRIDGE AMES, Appellant. [712 NYS2d 898] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered May 18, 1998, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the seventh degree, and criminal trespass in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in denying the defendant's challenge for cause of a prospective juror (*see, People v Johnson,* 94 NY2d 600; *People v Blyden,* 55 NY2d 73).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). O'Brien, J. P., Thompson, Sullivan and Altman, JJ., concur.